■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMELL HUNTER, Appellant. [619 NYS2d 27] —Judgment, Supreme Court, Bronx County (William H. Wallace, III, J.), rendered September 10, 1991, convicting defendant, after a jury trial, of grand larceny in the fourth degree, and sentencing him, as a persistent felony offender, to 15 years to life, unanimously modified, on the law, to vacate the sentence and the matter is remanded for a new persistent felony offender proceeding, and otherwise affirmed.

Since defendant made no explicit request to submit unauthorized use of a vehicle in the third degree (Penal Law § 165.05 [1]) as a lesser included offense of grand larceny in the fourth degree (vehicular larceny under Penal Law § 155.30 [8]), nor registered any kind of protest to the court's failure to submit the separate unauthorized use count already contained in the indictment, the applicable statutes (CPL 300.40 [3] [b]; 300.50 [1]-[3]) preclude any finding of error in this regard *(People v Douglas,* 194 AD2d 408, 409, *lv denied* 82 NY2d 717). Absent an explicit request or exception, it is irrelevant that counsel may have "alluded to this point during his colloquy with the Trial Judge" *(People v Borrello,* 52 NY2d 952, 953).

Defendant's post-summation request for a missing witness charge was properly denied. Aside from being untimely and largely dehors the record, this request failed to show that the uncalled officer could provide noncumulative testimony *(People v Gonzalez,* 68 NY2d 424, 427-428).

We perceive no constitutional infirmity in the prompt on-the-scene showup *(People v Duuvon,* 77 NY2d 541).

However, as in *People v Wilson* (64 AD2d 782), "there was a complete failure by the trial court to follow the procedures mandated by CPL 400.20 in imposing sentence as a persistent felony offender." Accordingly, the sentence must be vacated and the matter remanded for new persistent felony offender proceedings. We express no view as to whether a persistent felony offender sentence is appropriate in this case. Concur— Ellerin, J. P., Wallach, Asch, Nardelli and Tom, JJ.